UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**KELWING PORTILLO AMAYA,**
**221472493,**

        **Petitioner,**

**v.**                                                                                  **CIVIL ACTION NO. 2:26cv364**

**JEFFREY CRAWFORD,**
*ICA-Farmville Detention Center,*

**And**

**RUSSELL HOTT,**
*ICE Washington Field Office,*

        **Respondents.**

<u>**FINAL ORDER**</u>

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pet., ECF No. 1. Petitioner KELWING PORTILLO AMAYA ("Petitioner" or "Amaya") has been held in federal immigration detention, presently at ICA-Farmville Detention Center in Farmville, Virginia, since October 15, 2025. *Id.* at 6. His petition seeks immediate release from detention or a bond hearing. *Id.* at 9. The Government moved to dismiss, arguing Amaya is an "applicant for admission" and thus should be subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Mem. Resp. at 2, ECF No. 9.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United

States District Court for the Eastern District of Virginia for report and recommendation. On June 24, 2026, the Magistrate Judge filed a Report and Recommendation recommending the court grant in part Amaya's Petition for a writ of habeas corpus and order that Amaya be provided with a constitutionally compliant, standard bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which Amaya will bear the burden of proof that he will not pose a danger and is likely to appear for any future proceedings. ECF No. 16. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The court has received no objections to the Report and Recommendation and the time for filing objections has now expired.

The court, having reviewed the record and having found no clear error in the Report and Recommendation, with no party having objected, does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the Report of the United States Magistrate Judge filed June 24, 2026, and it is, therefore, **ORDERED** that Respondent's Motion to Dismiss (ECF No. 8) is hereby **DENIED** and the Petition (ECF No. 1) is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED** that within fourteen (14) days of the date of this Order Petitioner be provided with a constitutionally compliant, standard bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which Petitioner will bear the burden of proof that he will not pose a danger and is likely to appear for any future proceedings. Respondents are **DIRECTED** to file a status report within three (3) days of the bond hearing, stating whether Petitioner has been granted bond, or if his request

2

for bond was denied, the case-specific reasons for denial given by the Immigration Judge.

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel for Respondents.

**IT IS SO ORDERED.**

/s/
_____
Arenda L. Wright Allen
Senior United States District Judge

July 28, 2026
Norfolk, Virginia